United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GUTIERREZ,<br>　　　　　Plaintiff,<br>　　v.<br>SODEXO, INC., et al.,<br>　　　　　Defendants. | Case No. 13-cv-00946-VC<br><br>**SCHEDULING ORDER** |

　　　　The Court adopts the parties' proposed schedule, set forth in pages 5 and 6 of their Joint Case Management Statement (Docket No. 33). In particular, the Court notes that pursuant to this schedule, the deadline for dispositive motions is **June 5, 2014**.

　　　　**IT IS SO ORDERED.**

Dated: May 12, 2014

_____
VINCE CHHABRIA
United States District Judge