UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SODEXO, INC., et al.,<br><br>　　　　Defendant. | 13-cv-00946-VC<br><br>**JUDGMENT** |

　　　The Court, having granted defendants' motion for summary judgment, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 23, 2014

_____
VINCE CHHABRIA
United States District Judge